# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

––––––––––––––––––––––––––

No. 1D18-2470

––––––––––––––––––––––––––

CYNTHIA MARKOWITZ, Former
Wife,

     Appellant,

     v.

SCOTT MARKOWITZ, Former
Husband,

     Appellee.

––––––––––––––––––––––––––

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

July 19, 2019

PER CURIAM.

     AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––

Michael M. Giel of Giel Family Law, P.A., Jacksonville, for Appellant.

Kyle S. Bauman and Steven B. Bauman of Anchors Smith Grimsley, Fort Walton Beach, for Appellee.